IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLLIE ROBERT MACK,

        Plaintiff,

        vs.

FEDERAL BUREAU OF
INVESTIGATION, et al.,

        Defendants.

No. CIV S-07-1336 MCE EFB PS

<u>FINDINGS & RECOMMENDATIONS</u>

        This action, in which plaintiff is proceeding pro se, was referred to the undersigned by Local Rule 72-302(c)(21), and 28 U.S.C. § 636(b)(1). Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.

        However, the court notes that on July 6, 2007, the date plaintiff filed this action, he filed an identical complaint, which was assigned to different judges. *See* 2:07-cv-1328 GEB KJM PS. On August 2, 2007, the court in that case granted plaintiff leave to proceed *in forma pauperis*, and dismissed the complaint with leave to amend. *Id.*, at Docket Entry no. 4. The court has reviewed the complaints filed in both action, and has determined that they are exactly the same.

////

////

1

1  Due to the duplicative nature of the present action, and because plaintiff's complaint has already
2  been screened in the other case, the court recommends that this action be dismissed as
3  duplicative.
4      In accordance with the above, IT IS HEREBY RECOMMENDED that this action be
5  dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b).
6      These findings and recommendations are submitted to the United States District
7  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
8  after being served with these findings and recommendations, plaintiff may file written objections
9  with the court.  Such a document should be captioned "Objections to Magistrate Judge's
10 Findings and Recommendations."  Failure to file objections within the specified time may waive
11 the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir.
12 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).
13 DATED: August 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE