IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLLIE ROBERT MACK,

     Plaintiff,                        No. CIV S-07-1336 MCE EFB PS

     vs.

FEDERAL BUREAU OF
INVESTIGATION, et al.,
                                 <u>ORDER</u>

     Defendants.

_____/

     On September 13, 2007, plaintiff filed a document entitled "Proposed Order," in which he requested a status conference. This civil action was closed on September 7, 2007, when the case was dismissed and judgment was entered. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded. Plaintiff is advised that the court will disregard and issue no response to any future filings in this closed case.

     SO ORDERED.

DATED: September 18, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE